```
             IN THE UNITED STATES DISTRICT COURT

            FOR THE WESTERN DISTRICT OF WISCONSIN
_____

NICK WILLIAM SCHALLER,

                          Petitioner,

      v.                                            ORDER
                                                  07-C-633-S
KEN AND DEANN PERSSON
and REBECCA ARNDT,
                          Respondents.
_____
```

Petitioner has submitted a complaint and an affidavit of indigency. Before his complaint can be addressed he shall submit a certified copy of his trust fund account statement for the last six months.

Failure to submit this statement by November 30, 2007 may result in dismissal of this action for failure to prosecute.

ORDER

IT IS ORDERED that petitioner shall submit his trust fund account statement by November 30, 2007 or this action may be dismissed for his failure to prosecute.

Entered this 16th day of November, 2007.

                              BY THE COURT:

                              /s/

                              JOHN C. SHABAZ
                              District Judge