IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

NICK WILLIAM SCHALLER,

           Petitioner,

  v.                                    ORDER

KEN AND DEANN PERSSON              07-C-633-S
and REBECCA ARNDT,

           Respondents.

_____

    Petitioner has informed the Court that he wants the second $6.91 check that he sent to be credited as the initial partial filing fee in this case. That check has been previously credited to the remainder of his fee in Case No. 07-C-575. The Court will, however, grant plaintiff an extension of time to file his initial filing fee in this action.

                            ORDER

    IT IS ORDERED that petitioner shall pay an initial partial filing fee of $6.91 by January 3, 2008 or this action may be dismissed for his failure to prosecute.

    Entered this 3rd day of December, 2007.

                            BY THE COURT:

                            /s/

                            _____
                            JOHN C. SHABAZ
                            District Judge