IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

NICK WILLIAM SCHALLER,
                        Plaintiff,

   v.                                            ORDER
                                               07-cv-633-jcs
REBECCA ARNDT and KEN and
DEANN PERSSON,

                        Defendants.
_____

    On December 11, 2007 judgment was entered dismissing plaintiff's complaint and all claims contained therein without prejudice. He moves reconsideration. Plaintiff has not alleged facts that support a claim under 42 U.S.C. § 2983. Accordingly, his motion for reconsideration will be denied.

                                     ORDER

    IT IS ORDERED that plaintiff's motion for reconsideration is DENIED.

    Entered this 14th day of December, 2007.

                                  BY THE COURT:

                                  /s/

                                _____
                                JOHN C. SHABAZ
                                District Judge